**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 98-6617**

─────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

     versus

DANNY RAY SHAFER,

                              Defendant - Appellant.

─────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-98-232-R, CR-92-112-R-H)

─────────

Submitted: June 18, 1998                Decided: July 9, 1998

─────────

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Danny Ray Shafer, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Shafer, Nos. CA-98-232-R; CR-92-112-R-H (W.D. Va. Apr. 10, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED